No. 108, Orig. NEBRASKA *v.* WYOMING ET AL. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $71,399 for the period October 1, 1994, through November 17, 1995, to be paid as follows: 30% by Nebraska, 30% by Wyoming, 15% by Colorado, and 25% by the United States. [For earlier decision herein, see, *e. g.,* 515 U. S. 1.]

No. 120, Orig. NEW JERSEY *v.* NEW YORK. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $81,649.50 for the period June 1 through November 17, 1995, to be paid equally by the parties. [For earlier order herein, see, *e. g.,* 515 U. S. 1130.]

No. 121, Orig. LOUISIANA *v.* MISSISSIPPI ET AL. Motion of the Special Master for allowance of fees and disbursements granted, and the Special Master is awarded a total of $156,577.09 to be paid in full by Louisiana. [For earlier decision herein, see, *e. g., ante,* p. 122.]

No. 94–1614. WISCONSIN *v.* CITY OF NEW YORK ET AL.;

No. 94–1631. OKLAHOMA *v.* CITY OF NEW YORK ET AL.; and

No. 94–1985. DEPARTMENT OF COMMERCE ET AL. *v.* CITY OF NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted, 515 U. S. 1190.] Motion of Oklahoma and Wisconsin for divided argument granted in part, and the time is divided as follows: the Solicitor General, 20 minutes; Wisconsin, 10 minutes; respondents, 30 minutes. Request for additional time for oral argument denied.

No. 94–1664. KOON *v.* UNITED STATES; and

No. 94–8842. POWELL *v.* UNITED STATES. C. A. 9th Cir. [Certiorari granted, 515 U. S. 1190.] Motion of petitioner Stacey Koon for divided argument denied. Motion of petitioner Laurence Powell for divided argument granted, and the time is divided as follows: petitioner Koon, 15 minutes; petitioner Powell, 15 minutes.